UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LESLIE URLAUB, MARK PELLIGRINI, and MARK FERRY on behalf of themselves and all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 21-cv-4133 |
| v. | ) ) Hon. Matthew F. Kennelly |
| CITGO PETROLEUM CORPORATION, et al., | ) ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, Plaintiffs hereby respectfully move the Court for an order to withdraw Mary J. Bortscheller as counsel of record for Plaintiffs in the above-captioned matter, as Ms. Bortscheller she will be leaving the law firm of Cohen Milstein Sellers & Toll PLLC, effective March 2, 2023. Plaintiffs will continue to be represented in this matter by counsel from Cohen Milstein Sellers & Toll PLLC, Stris & Maher LLP, and Feinberg, Jackson, Worthman & Wasow, LLP, as indicated on the signature block below.

Dated: March 1, 2023

Respectfully submitted,

*/s/ Mary J. Bortscheller, IL Bar: 6304457*
Mary J. Bortscheller, IL Bar: 6304457
**Cohen Milstein Sellers & Toll PLLC**
100 South Fifth Street ● Suite 1900 - #2085
Minneapolis, MN 55402
Phone: (612) 807-1575
mbortscheller@cohenmilstein.com

Michelle C. Yau (*pro hac vice*)

Daniel J. Sutter (*pro hac vice*)
Ryan Wheeler (*pro hac vice*)
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Phone: (202) 408-4600
myau@cohenmilstein.com
dsutter@cohenmilstein.com
rwheeler@cohenmilstein.com

Carol V. Gilden (IL Bar No. 6185530)
**Cohen Milstein Sellers & Toll PLLC**
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603
Phone: (312) 629-3737
cgilden@cohenmilstein.com

Rachana A. Pathak (*pro hac vice*)
Peter K. Stris (*pro hac vice*)
Victor O'Connell (*pro hac vice*)
John Stokes (*pro hac vice*)
**Stris & Maher LLP**
777 S. Figueroa St., Suite 3850
Los Angeles, CA 90017
Phone: (213) 995-6800
rpathak@stris.com
pstris@stris.com
voconnell@stris.com
jstokes@stris.com

Todd Jackson (*pro hac vice*)
Nina Wasow (*pro hac vice*)
**Feinberg, Jackson, Worthman & Wasow, LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Phone: (510) 269-7998
todd@feinbergjackson.com
nina@feinbergjackson.com

Shaun P. Martin (*pro hac vice*)
5998 Alcala Park, Warren Hall
San Diego, CA 92110
Phone: (619) 260-7933

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on today's date, March 1, 2023, she served a copy of this *Motion to Withdraw as Counsel* via operation of the Court's CM/ECF electronic filing system.

/s/ Mary J. Bortscheller

3