# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Leslie Urlaub, et al.

                                 Plaintiff,

v.                                                   Case No.: 1:21−cv−04133

                                                            Honorable Matthew F. Kennelly

Citgo Petroleum Corporation, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 3, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: At the Court's instance, the telephonic status hearing set for 7/11/2024 is vacated and reset to 7/29/2024 at 9:15 AM. The parties are directed to file a status report regarding the Rule 23(f) petition on 7/22/2024. If the petition has not yet been ruled on by that time, the status report should include a statement regarding whether the Court of Appeals has been advised of the pretrial and trial schedule in this case. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.