# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 3, 2024

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*

| No. 24-8018 | IN RE: <br>     CITGO PETROLEUM CORPORATION, et al., <br> Petitioners |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-04133 <br> Northern District of Illinois, Eastern Division <br> District Judge Matthew F. Kennelly ||

The following are before the court:

1. **PETITION FOR PERMISSION TO APPEAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on June 20, 2024, by counsel for the petitioners.

2. **RESPONDENTS' ANSWER**, filed on June 13, 2024, by counsel for the respondents.

3. **MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR PERMISSION TO APPEAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on June 20, 2024, by counsel for the petitioners.

**IT IS ORDERED** that the motion for leave to file a reply is **GRANTED** to the extent that the court considered the reply.

**IT IS FURTHER ORDERED** that the petition for permission to appeal is **DENIED**.

form name: **c7_Order_3J**     (form ID: **177**)