# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LESLIE URLAUB, MARK PELLEGRINI, and MARK FERRY, on behalf of themselves and all others similarly situated,<br>      Plaintiffs,<br><br>v.<br><br>CITGO PETROLEUM CORPORATION, THE BENEFIT PLANS COMMITTEE, THE CITGO PETROLEUM CORPORATION SALARIED EMPLOYEES' PENSION PLAN, AND THE CITGO PETROLEUM CORPORATION HOURLY EMPLOYEES' PENSION PLAN,<br>      Defendants. | Case No. 1:21-cv-04133<br><br>Honorable Matthew F. Kennelly |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
## CLASS ACTION SETTLEMENT

Plaintiffs Leslie Urlaub, Mark Pellegrini, and Mark Ferry, on behalf of themselves and the Class Members they represent, respectfully move this Court for an Order granting final approval of their Class Action Settlement Agreement with Defendants. In support of this Motion, Plaintiffs rely on their contemporaneously-filed Memorandum of Law and the accompanying declarations of Michelle Yau and Richard Simmons; the declarations of Amanda Gutierrez and Kristin Parker filed earlier today by Defendants; the previously-filed declarations of the named Plaintiffs and Class Counsel in support of preliminary approval of the Settlement; and the Settlement Agreement and all files, records, and proceedings in this action.

1

| | |
|---|---|
| Dated: January 13, 2024 | Respectfully submitted,<br><br>/s/ *Michelle C. Yau*<br>Michelle C. Yau (*pro hac vice*)<br>Daniel J. Sutter (*pro hac vice*)<br>Ryan Wheeler (*pro hac vice*)<br>Kai Richter (*pro hac vice*)<br>Eleanor Frisch (*pro hac vice*)<br>**Cohen Milstein Sellers & Toll PLLC**<br>1100 New York Ave. NW, Suite 800<br>Washington, DC 20005<br>Phone: (202) 408-4600<br>myau@cohenmilstein.com<br>dsutter@cohenmilstein.com<br>rwheeler@cohenmilstein.com<br>krichter@cohenmilstein.com<br>efrisch@cohenmilstein.com<br><br>Carol V. Gilden (IL Bar No. 6185530)<br>**Cohen Milstein Sellers & Toll PLLC**<br>190 S. LaSalle Street, Suite 1705<br>Chicago, IL 60603<br>Phone: (312) 629-3737<br>cgilden@cohenmilstein.com<br><br>Rachana A. Pathak (*pro hac vice*)<br>Peter K. Stris (*pro hac vice*)<br>Victor O'Connell (*pro hac vice*)<br>John Stokes (*pro hac vice*)<br>**Stris & Maher LLP**<br>777 S. Figueroa St., Suite 3850<br>Los Angeles, CA 90017<br>Phone: (213) 995-6800<br>rpathak@stris.com<br>pstris@stris.com<br>voconnell@stris.com<br>jstokes@stris.com<br><br>Todd Jackson (*pro hac vice*)<br>Nina Wasow (*pro hac vice*)<br>**Feinberg, Jackson, Worthman & Wasow, LLP**<br>2030 Addison Street, Suite 500<br>Berkeley, CA 94704<br>Phone: (510) 269-7998<br>todd@feinbergjackson.com<br>nina@feinbergjackson.com<br><br>Shaun P. Martin (*pro hac vice*)<br>5998 Alcala Park, Warren Hall<br>San Diego, CA 92110<br>Phone: (619) 260-7933 |