# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Leslie Urlaub, et al.
                                        Plaintiff,

v.                                                 Case No.: 1:21–cv–04133
                                                         Honorable Matthew F. Kennelly

Citgo Petroleum Corporation, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 27, 2025:

        MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status and motion hearings held on 1/27/2025. Plaintiffs' motions for settlement [170] and for attorney fees [161] are granted for the reasons stated on the record. Orders to follow. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.