**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| LESLIE URLAUB, MARK PELLEGRINI, and MARK FERRY, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>CITGO PETROLEUM CORPORATION, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 21-cv-4133<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER APPROVING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES,**
**LITIGATION AND SETTLEMENT ADMINISTRATION EXPENSES,**
**AND SERVICE AWARDS**

This matter came before the Court on a fairness hearing on January 27, 2025. During the hearing, the Court considered, among other things, Plaintiffs' Motion for Attorneys' Fees, Litigation and Settlement Administration Expenses, and Service Awards (the "Motion"). Defendants did not oppose the relief requested, and there were no objections to the Motion. Having considered the Motion papers, the Settlement Agreement that the Court preliminarily approved on October 4, 2024 and has now finally approved, the arguments of counsel, and all files, records, and proceedings in this action, IT IS HEREBY ORDERED as follows:

1.     Plaintiffs' Motion is approved in all respects;

2.     The Court authorizes and approves payment of a combined total of $4,750,000 in attorneys' fees, litigation and settlement administration expenses, and class representative service awards, to be paid out of the funds deposited in escrow by CITGO Petroleum Corporation ("CITGO") pursuant to Section IV of the parties' Class Action Settlement Agreement.

3.       The approved amount of $4,750,000 shall be distributed as follows:

      a.       $4,675,000 to Class Counsel for attorneys' fees ($4,366,908.05), litigation expenses ($304,291.95), and settlement administration expenses ($3,800); and

      b.       $75,000 to the named Plaintiffs ($25,000 each to Leslie Urlaub, Mark Pellegrini, and Mark Ferry) as Class Representative Service Awards.

4.       In all respects, the Court finds the approved amounts to be reasonable and appropriate.

5.       This approved attorneys' fees are reasonable and appropriate given market rates for attorneys' fees, the result obtained for the Class, the percentage of the fee in relation to the total settlement benefit, the risk of non-recovery, the experience of Class Counsel and quality of representation, and the time and effort involved. The billing rates provided to the Court in connection with the application for attorneys' fees are also reasonable, particularly given the complexity of the case and the skill and expertise of Class Counsel.

5.       The approved litigation expenses and settlement administration expenses are also reasonable and appropriate.  These expenses are customary in class action cases such as this, and reasonable in relation to the size of the Class and the amounts approved in other cases.

6.       The approved class representative service awards are also reasonable and appropriate.  These awards fairly compensate the Class Representatives for their time and effort on behalf of the Class and the risks they assumed in connection with the litigation, and are reasonable in comparison to class representative service awards in other cases and the size of the recovery.

Dated:   Jan. 28, 2025

_____
The Honorable Matthew F. Kennelly
United States District Judge